**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7798**

_____

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

      versus

ALAIN DJELILATE,

                            Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-
98-128-PJM, CA-00-252-PJM)

_____

Submitted:  June 21, 2001         Decided:  June 27, 2001

_____

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Alain Djelilate, Appellant Pro Se.  Sandra Wilkinson, OFFICE OF THE
UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alain Djelilate appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Djelilate</u>, Nos. CR-98-128-PJM; CA-00-252-PJM (D. Md. filed Oct. 31, 2000; entered Nov. 1, 2000). We deny the motion to strike the informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2